UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MANUEL ARCINIEGA, | ) | |
| | ) | 2:94-cr-251-GEB-GGH |
| Petitioner, | ) | 2:08-cv-1240-GEB-GGH |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

       Pending in the above-referenced criminal action is a motion Pro Se Petitioner Alvaro Domarco-Sanchez filed on January 13, 2006 (docket number 299), of which I just became aware was pending in September 2008, and a motion Pro Se Petitioner Jose Manuel Arciniega filed on June 5, 2008 (docket number 302); Petitioner Arciniega's motion is also pending in the above-referenced civil action.  Petitioner Arciniega's motion was referenced to the magistrate judge as a 28 U.S.C. 2255 motion; that reference is withdrawn.

       Each petitioner seeks to have his sentence reduced, arguing that sentencing enhancements should not have been used.
///

1

1 | However, since neither petitioner has shown entitlement to a
2 | sentence reduction, each motion is denied.
3 | Dated:  September 29, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```